
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>Jesus Alfonso RUBIO-Ruiz,<br>Maria CABRERA-Gutierrez,<br><br><br><br>Defendant. | Magistrate Docket No. '21 MJ02302<br><br><u>COMPLAINT FOR VIOLATION OF:</u><br><br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry<br><br>Title 8, USC 1326 Attempted Entry After Deportation |

The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about June 05, 2021, within the Southern District of California, defendant Jesus Alfonso RUBIO-Ruiz, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Margarita CHAVEZ-Lopez, Alicia DE JESUS-Jimenez and Leonel MARTINEZ-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(l)(A)(i). And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

## COUNT TWO

On or about June 05, 2021, within the Southern District of California, defendant Maria CABRERA-Gutierrez, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near San Ysidro, California, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

_____
SIGNATURE OF COMPLAINANT
Matthew R. Kucewicz
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 7, 2021

_____
HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Alfonso Jesus RUBIO-Ruiz**
**Maria CABRERA-Gutierrez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Margarita CHAVEZ-Lopez, Alicia DE JESUS-Jimenez and Leonel MARTINEZ-Garcia, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On June 5, 2021, at approximately 3:30 A.M., a United States Coast Guard vessel detected a panga-style vessel, operating with no lights visible, that crossed the United States Maritime Boundary Line, headed towards Imperial Beach, California. At approximately 3:53 A.M., a United States Customs and Border Protection vessel acquired visual confirmation of the panga approximately .5 nautical miles offshore from Imperial Beach, California. An Air and Marine Interdiction Agent maneuvered their vessel behind the panga and engaged their emergency lights and sirens in an attempt to stop the panga. The captain of the panga did not stop, and an Air and Marine Interdiction Agent deployed two disabling rounds into the panga's motor, forcing the panga to stop. An Air and Marine Interdiction Agent observed the captain as an individual later identified as the defendant, Alfonso Jesus RUBIO-Ruiz. The Customs and Border Protection vessel boarded the panga and discovered RUBIO, and 19 other individuals. All 20 individuals on board the panga were transported to Ballast Point, Point Loma Naval Base, in San Diego, California.

On June 5, 2021, Border Patrol Agent J. Hinojosa-Guzman was conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. Agent Hinojosa-Guzman was weraing plain clothes. Agent Hinojosa-Guzman received radio transmission of an event unfolding between a panga and a Customs and Border Protection vessel, and responded to Ballast Point Naval Base. At approximately 4:30 A.M., Agent Hinojosa-Guzman arrived at the location where the 20 individuals aboard the panga were being held at Ballast Point Naval Base. This area is approximately 10 miles north of the United States/ Mexico International Boundary, and 12 miles west of the San Ysidro, California Port of Entry. Agent Hinojosa-Guzman identified himself as a Border Patrol Agent, and conducted an immigration inspection of the 20 individuals, including RUBIO, one later identified as the defendant, Maria CABRERA-Gutierrez, and three later identified as the material witnesses, Margarita CHAVEZ-Lopez, Alicia DE JESUS-Jimenez and Leonel MARTINEZ-Garcia. All 20 individuals, including RUBIO, CABRERA, CHAVEZ, DE JESUS and MARTINEZ, stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States

**CONTINUATION OF COMPLAINT:**
 Alfonso Jesus RUBIO-Ruiz
 Maria CABRERA-Gutierrez

legally.  At approximately 4:45 A.M., Agent Hinojosa-Guzman placed all 20 individuals under arrest.

The defendant, Jesus Alfonso RUBIO-Ruiz, was advised of his Miranda rights.  RUBIO stated that he understood his rights and was willing to answer questions.  RUBIO stated that he made smuggling arrangements with an individual by the moniker of "Niki."  RUBIO stated that Niki offered him a discounted fee if RUBIO agreed to drive a panga-style vessel.  RUBIO stated to have agreed to be the captain of the panga during this event, and that his smuggling fee would be $6,000 USD instead of $12,000 USD.  RUBIO claimed the Global Positioning System (GPS) he was using was not operational while steering the panga and instead, he had to use a cellphone GPS.

The defendant, Maria CABRERA-Gutierrez, was advised of her Miranda rights.  CABRERA stated that she understood her rights and was willing to answer questions without an attorney present.  CABRERA stated that she is a citizen of Mexico illegally present in the United States.  The defendant admitted that she had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.  The defendant stated that she illegally entered the United States on June 05, 2021.

Material witnesses, CHAVEZ, MARTINEZ and DE JESUS, admitted to being citizens of Mexico illegally present in the United States and not having any documents that would allow them to enter or remain in the United States legally.  CHAVEZ, MARTINEZ and DE JESUS admitted to making smuggling arrangements.  CHAVEZ and DE JESUS stated that they agreed to pay in between $1,700 and $1,800 USD if successfully smuggled into the United States.  MARTINEZ stated that unknown smugglers told him the smuggling fee would be worked out once he reached the United States.  CHAVEZ and MARTINEZ stated that they were taken to a beach near Ensenada, Mexico in order be smuggled into the United States via boat.  CHAVEZ, MARTINEZ and DE JESUS were boarded into a boat, taken out to sea and made an illegal entry into the United States on or about June 5, 2021.  CHAVEZ and MARTINEZ were presented with a photo lineup of the 20 individuals detained on the panga.  CHAVEZ and MARTINEZ identified the defendant, Jesus Alfonso RUBIO-Ruiz, as being the captain of the panga in this event.

**CONTINUATION OF COMPLAINT:**
**Alfonso Jesus RUBIO-Ruiz**
**Maria CABRERA-Gutierrez**

Routine record checks of the defendant, Maria CABRERA-Gutierrez, revealed a criminal and immigration history. A comparison of CABRERA's criminal record and current fingerprints were used to determine CABRERA's record. Official immigration records of the Department of Homeland Security revealed that CABRERA was previously deported to Mexico on January 13, 2020 through Brownsville, Texas. These same records show that CABRERA has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

**Executed on June 6, 2021 at 11:00AM.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on June 5, 2021, in violation of 8 USC 1326.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

11:36 AM, Jun 6, 2021
Date/Time